**Electronically Filed
Supreme Court
SCWC-30059
10-JAN-2013
09:45 AM**

SCWC-30059

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

CLARENCE STONE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30059; CASE NOS. 2DTA-08-00722;
2DTA-08-01628; 2DTC-08-011610; 2DTC-09-009261)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Acoba, J., dissenting in part)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on November 30, 2012, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, January 10, 2013.

Hayden Aluli
for petitioner

Peter A. Hanano
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



<u>DISSENT IN PART BY ACOBA, J.</u>

I respectfully dissent in part and would set this case for oral argument in view of the burgeoning and continuing question of the jurisdictional effect of defective charges.

/s/ Simeon R. Acoba, Jr.

2